No. 73–1845. BROWN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 73–1847. BURGESS ET UX. *v.* FABRIZI ET UX. C. A. 2d Cir. Certiorari denied. 

No. 73–1848. BOND ET AL. *v.* BENEFICIAL FINANCE COMPANY OF NEW YORK, INC., ET AL. C. A. 2d Cir. Certiorari denied. 

No. 73–1851. R. E. HUNTLEY COTTON CO. ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 73–1852. SAYRE, TRUSTEE IN BANKRUPTCY *v.* CITY OF CLEVELAND. C. A. 6th Cir. Certiorari denied. 

No. 73–1853. GRIFFIN *v.* GRIFFIN. Ct. App. Ohio, Summit County. Certiorari denied.

No. 73–1854. ROGERS *v.* ROGERS ET AL. Sup. Ct. Miss. Certiorari denied. 

No. 73–1857. WHITNEY *v.* NEW YORK STOCK EXCHANGE ET AL. C. A. 2d Cir. Certiorari denied. 

No. 73–1858. MON VALLEY TERMINAL, INC., ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 73–1860. MAKAH DEVELOPMENT CORP. ET AL. *v.* STANLEY T. SCOTT & CO., INC. C. A. 9th Cir. Certiorari denied. 

No. 73–1861. SOUTH GWINNETT VENTURE ET AL. *v.* PRUITT ET AL. C. A. 5th Cir. Certiorari denied.